IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GERALDINE MOORE                                                                                    PLAINTIFF

   v.                                    CIVIL NO. 3:21-cv-3041-MEF

KILOLO KIJAKAZI[1], Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Geraldine Moore, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration. (ECF No. 2). On October 26, 2021, Plaintiff filed a Motion to Dismiss, conceding that substantial evidence supports the ALJ's decision terminating the analysis at step two of the sequential evaluation process and denying benefits. (ECF No. 16).

Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 27th day of October 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of the Social Security Administration on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).